**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **GEORGE MOORE**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CHW GROUP, INC.**, d/b/a Choice Home Warranty, a New Jersey corporation<br><br>Defendant. | Case No. 1:18-cv-06960 |

**NOTICE OF EXTRA-JUDICIAL RESOLUTION**

Plaintiff George Moore ("Plaintiff"), on behalf of himself and Defendant CHW Group Inc. d/b/a Choice Home Warranty (individually, "Defendant" and together with Plaintiff, the "Parties"), with Defendant's notice and permission, hereby notifies the Court that the Parties have reached a tentative extra-judicial resolution of the Parties' differences and disputes in the above-captioned matter, in full and on an individual basis.  A notice of dismissal will be filed separately.  The Parties are in the process of negotiating and executing a formal written agreement that memorializes the foregoing and will advise the Court and file all other necessary paperwork relating thereto in due course. In the meantime, Plaintiff, on behalf of the Parties, respectfully requests that the Court stay any and all pending deadlines and rulings on all pending motions in this case (if any) until further notice, along with granting all other relief and entering all other orders as the Court deems just and appropriate.

                                        **GEORGE MOORE,** individually and on behalf of all others similarly situated,

Dated: August 19, 2019                    By: /s/  Patrick H. Peluso

One of Plaintiff's Attorneys

Steven Owen Ross
Attorney at Law
1235 South Prairie Avenue
Suite 1503
Chicago, IL 60605
(312) 566-4170
Email: soratty1@aol.com

Steven L. Woodrow
swoodrow@woodrowpeluso.com
Patrick H. Peluso
ppeluso@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
(720) 213-0675

Stefan Coleman
(law@stefancoleman.com)
Law Offices of Stefan Coleman, P.A.
201 S. Biscayne Blvd, 28th Floor
Miami, FL 33131
Telephone: (877) 333-9427
Facsimile: (888) 498-8946

*Counsel for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 19, 2019, I served copies of the foregoing papers on all counsel of record by filing such papers with the Court using the Court's electronic filing system.

    /s/ Patrick H. Peluso